# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ROBERTO C. SANCHEZ,

      Plaintiff,

v.

      Case No: 6:16-cv-671-Orl-28DCI

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

# ORDER

This case is before the Court on Plaintiff Roberto C. Sanchez's Unopposed Motion for Attorney's Fees Under 42 U.S.C. § 406(b) (Doc. 31). The assigned United States Magistrate Judge has submitted a Report (Doc. 32) recommending that the motion be granted. No objection to the Report has been filed, and the time for filing objections has passed.

After review of the record in this matter, and noting that no objections were timely filed, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. The Report and Recommendation filed May 17, 2019 (Doc. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. Sanchez's Motion for Attorney's Fees Under 42 U.S.C. § 406(b) (Doc. 31) is **GRANTED**.

    3. Sanchez's counsel is awarded $15,435.50 in fees under 42 U.S.C. § 406(b)(1), which will be paid out of Sanchez's past due benefits currently being withheld

by the Social Security Administration. Upon receipt of this sum, Sanchez's counsel shall remit directly to Sanchez $5,172.39—the amount previously-awarded under the Equal Access to Justice Act.

**DONE** and **ORDERED** in Orlando, Florida, on June 7th, 2019.

                                                JOHN ANTOON II
                                           United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties